**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7074**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

PAMELA L. BANKS,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.   (2:05-cr-00131-RAJ-FBS-2)

_____

Submitted:  October 23, 2008      Decided:  November 17, 2008

_____

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Pamela  L.  Banks,  Appellant  Pro  Se.    William  David  Muhr,
Assistant  United  States  Attorney,  Norfolk,  Virginia,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela L. Banks appeals the district court's order denying her motion to reduce her sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Banks, No. 2:05-cr-00131-RAJ-FBS-2 (E.D. Va. May 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED